DMB:EAL
F.#2008R01664

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MOSES JONES,
    also known as "Ray," "Faheem
    Hasan," "Ray Jones," "Ray
    Lewis," "James Mount" and
    "Moses Walter," and
ROBERT WASHINGTON,
    also known as "Blood,"

        Defendants.

- - - - - - - - - - - - - - - -X

R E D A C T E D
I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(A)(i),
841(b)(1)(B)(iii) and
846; T. 18, U.S.C.,
§§ 924(c)(1)(A)(i), 2 and
3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Narcotics)

    In or about and between October 2005 and January 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MOSES JONES, also known as "Ray," "Faheem Hasan," "Ray Jones," "Ray Lewis," "James Mount" and "Moses Walter," and ROBERT WASHINGTON, also known as "Blood," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (b) five grams or more of a substance containing cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(i) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Use of a Firearm)

In or about and between October 2005 and January 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MOSES JONES, also known as "Ray," "Faheem Hasan," "Ray Jones," "Ray Lewis," "James Mount" and "Moses Walter," and ROBERT WASHINGTON, also known as "Blood," together with others, did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess a firearm in furtherance of said drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2