TO: JUDGE                                                4/26/15

FROM: MOSES JONES 75567-053

YOUR HONOR,

      I'M WRITING THIS LETTER IN REFERENCE TO ME & MY
ATTORNEY (ALLAN NELSON) RELATIONSHIP... ALL COMMUNICATION BETWEEN HIM,
MYSELF, AND MY FAMILY IS NON-EXISTENT! MY FAMILY (MOTHER, SISTERS, & KID'S
MOTHER) HAS CALLED TO ASK HIM WHAT'S GOING ON WITH MY SENTENCING FOR
THE LAST PAST 6-7 MONTHS. I'M ASKING YOUR HONOR TO SET A SENTENCING
DATE AND A REQUEST OF A NEW ATTORNEY. I FEEL AS THOUGH MR. NELSON
NO LONGER HAS AN INTEREST IN REPRESENTING ME.

                         RESPECTFUL SUBMITTED,
                             M. Jones

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 1 - 2015 ★   Rec'vd 5/7/15

BROOKLYN OFFICE

Moses Jones 75567-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

United States District Court
Eastern District Of New York
Chambers Of
Eric N. Vitaliano (U.S. District Judge)
Brooklyn, New York 11201

NEW YORK NY 100
28 APR 2015 PM 9 L

USMS

2014
FOREVER                                    USA

