## ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

May 13, 2015

**BY ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Moses Jones
 09 Cr. 616 (ENV)

Dear Judge Vitaliano:

Please accept this correspondence as a report to the Court and in response to the letter submitted by Moses Jones dated April 26, 2015 (D-83).

Counsel met with Mr. Jones at the MDC earlier today. The parties have resolved the issues raised in the letter and the defendant has requested that I ask the Court to withdraw his applications raised therein.

Respectfully submitted,

Alan Nelson, Esq.

cc: AUSA Alon Lifshitz (ecf)