## ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

March 15, 2017

**BY ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Moses Jones
09 Cr. 616 (ENV)

Dear Judge Vitaliano:

Please accept this correspondence as a request to adjourn the sentencing presently scheduled for Friday March 17, 2017 to a date in June convenient to the Court.

The request is to facilitate the preparation of a sentencing memorandum to address issues important for the court's consideration.

Respectfully submitted,

Alan Nelson, Esq.

cc: AUSA Allon Lifshitz (ecf)