TO: THE HONORABLE JUDGE VITALIANO

FROM: MOSES JONES 75567-053

I'M WRITING THIS LETTER ONCE AGAIN STATEING MY DISPLEASURE IN MY ATTORNEY ALLAN NELSON. I'VE BEEN TRYING TO GET AN ATTORNEY WHO WILL COMMUNICATE WITH ME AND LET ME KNOW WHAT'S GOING ON WITH MY CASE. I HAVENT BEEN TO COURT OR SPOKE TO THE GOVERNMENT IN ALMOST 3YRS. I HAVEN'T A CLUE WHATS GOING ON WITH THIS CASE AND ALL COMMUNICATIONS HAVE CEASED BETWEEN ME AND THIS ATTORNEY. I BEG YOU TO APPOINT ME A NEW ATTORNEY

RESPECTFULLY SUBMITTED
MOSES JONES

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 05 2018 ★
BROOKLYN OFFICE



Moses Jones 15567-053
Metropolitan Detention Center
P O Box 329002
Brooklyn, NY 11232

United States District Court
Eastern District of New York
Chambers of Eric N. Vitaliano
United States District Judge
Brooklyn NY 11201